# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

KIAYNA FORD,

        Plaintiff,

vs.

WAL-MART STORES, INC.; DOES 1 through 100; and ROE CORPORATIONS 101 through 200, inclusive,

        Defendant.

2:20-cv-00230-JCM-VCF

**ORDER**

Before the Court is the Notice of Settlement (ECF NO. 22).

Accordingly,

IT IS HEREBY ORDERED that the settlement conference scheduled for August 10, 2021, is VACATED.

IT IS FURTHER ORDERED that the parties must file a proposed stipulation and order for dismissal on or before September 20, 2021.

DATED this 20th day of July, 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE