ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11441
MEGAN E. WESSEL, ESQ.
Nevada Bar No. 14131
**PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510
(702) 938-1511 (Fax)
rphillips@psalaw.net
mwessel@psalaw.net

*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KIAYNA FORD, an individual, | Case No.: 2:20-cv-00230-JCM-VCF |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| WAL-MART STORES, INC.; DOES 1 through 100; and ROE CORPORATIONS 101 through 200, inclusive, | |
| Defendant(s). | |

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear their

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

- 1 -

party's own costs and attorney's fees.

DATED this 27th day of July 2021.

**BERNSTEIN & POISSON LLP**

/s/ Amber N. King
_____
SCOTT L. POISSON, ESQ.
Nevada Bar No. 10188
AMBER N. KING, ESQ.
Nevada Bar No. 14070
320 S. Jones Blvd.
Las Vegas, NV 89107

*Attorneys for Plaintiff*
*Kiayna Ford*

DATED this 27th day of July 2021.

**PHILLIPS, SPALLAS & ANGSTADT LLC**

/s/ Megan E. Wessel
_____
ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 14411
MEGAN E. WESSEL, ESQ.
Nevada Bar No. 14131
504 S. Ninth St.
Las Vegas, NV 89101

*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

*Kiayna Ford v. Wal-Mart Stores, Inc.*
**Case No.** **2:20-cv-00230-JCM-VCF**

### ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

DATED July 28, 2021.

_____
UNITED STATES DISTRICT JUDGE